**DISMISS; and Opinion Filed July 31, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00100-CR

### EDWARD DONNELL WILKERSON, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-76845-J**

# MEMORANDUM OPINION

Before Justices Fillmore, Whitehill, and Boatright
Opinion by Justice Boatright

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby grants the motion to withdraw and orders the appeal dismissed and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

170100F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

EDWARD DONNELL WILKERSON,
Appellant

No. 05-17-00100-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F15-76845-J.
Opinion delivered by Justice Boatright.
Justices Fillmore and Whitehill participating.

Based on the Court's opinion of this date, we **GRANT** appellant's motion to voluntarily dismiss his appeal and **DISMISS** the appeal.

Judgment entered this 31st day of July, 2017.